In the Matter of the Estate of E. BRUCE JOHNSON, Deceased. ELEANOR MUELBERGER, Appellant; GENEVIEVE JOHNSON, Respondent.

*Submitted May 14, 1951; decided May 24, 1951.*

Motion for reargument denied. Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended to provide that the judgment entered upon the order of the Appellate Division be affirmed, with costs. [See 301 N. Y. 13.]

In the Matter of JOHN A. SADOWY, Appellant, against FREDERICK A. MORAN, as Chairman of the New York State Board of Parole, et al., Respondents.

*Submitted May 14, 1951; decided May 24, 1951.*

*John A. Sadowy,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Herman N. Harcourt* and *Raymond B. Madden* of counsel), for respondents.

Motion dismissed, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.